**JUDGMENT IN A CIVIL CASE**

KEVIN MCBRIDE,

    Plaintiff,

    **V.**                     Case No. 04-3307-CV-S-REL

CHRISTIAN COUNTY, MISSOURI et al,

    Defendants,

☐   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED:**

    that Defendant Christian County, Missouri's motion for summary judgment is granted.

Entered on: March 9, 2006

                                                        P. L. BRUNE
                                                        CLERK OF COURT

                                                        */s/ Bonnie J. Rowland*
                                                        (By) Deputy Clerk